Jack K. Clapper (State Bar No. 83207)
Steven J. Patti (State Bar No. 163773)
Deborah F. Schweizer (State Bar No. 122863)
John P. Mason (State Bar No. 193949)
CLAPPER, PATTI, SCHWEIZER & MASON
2330 Marinship Way, Suite 140
Sausalito, CA 94965
Telephone: (415) 332-4262
Facsimile: (415) 331-5387
steve@clapperlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS McALLISTER and VELMA JEAN McALLISTER,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLIED PACKING & SUPPLY, INC.; ASTRA FLOORING COMPANY; CBS CORPORATION, fka Viacom, Inc. Successor by merger to CBS Corporation; FOSTER WHEELER, LLC; FRASER'S BOILER SERVICE, INC.; HILL BROTHERS CHEMICAL COMPANY; HOPEMAN BROTHERS, INC.; INTERNATIONAL PAPER COMPANY; PARKER HANNIFIN CORPORATION; PLANT PRODUCTS & SUPPLY COMPANY; M. SLAYEN AND ASSOCIATES, INC.; J.T. THORPE & SON, INC.; THOMAS DEE ENGINEERING COMPANY; and DOES ONE through SEVENTY-FIVE, inclusive,<br><br>    Defendants. | Civil Action No. 4:12-cv-06034-PJH<br><br>(San Francisco Superior Court Case No. CGC-12-276019)<br><br>**STIPULATION TO WITHDRAW DEFENDANT FOSTER WHEELER LLC'S NOTICE OF REMOVAL; [PROPOSED] ORDER OF DISMISSAL AND REMAND** |

WHEREAS Plaintiffs THOMAS McALLISTER and VELMA JEAN McALLISTER want this case to be remanded to the Superior Court of California, City and County of San Francisco, and Plaintiffs and Defendant FOSTER WHEELER LLC resolved this removed case, IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs and counsel for Defendant

CLAPPER, PATTI, SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

Stipulation to Withdraw Defendant Foster Wheeler LLC's Notice of Removal        1

1  FOSTER WHEELER LLC that Defendant FOSTER WHEELER LLC, in light of the foregoing
2  resolution, agrees to withdraw its Notice of Removal in the instant action as being moot. As such,
3  Defendant FOSTER WHEELER LLC stipulates to and agrees with Plaintiffs' request that the case be
4  remanded to the Superior Court of California, City and County of San Francisco.
5  **IT IS SO STIPULATED,**

7  Dated:  December 14, 2012.          CLAPPER, PATTI, SCHWEIZER & MASON

9                                      By: _____
10                                         Steven J. Patti
                                           Attorneys for Plaintiffs
11                                         THOMAS McALLISTER and
                                           VELMA JEAN McALLISTER

13  Dated:  December 14, 2012.         BRYDON, HUGO & PARKER

15                                     By: _____
16                                         Edward R. Hugo [Bar No. 124839]
                                           Charles S. Park [Bar No. 161430]
                                           Thomas J. Moses [Bar No. 116002]
17                                         135 Main Street, 20th Floor
                                           San Francisco, CA 94105
18                                         Telephone: (415) 808-0300
                                           Facsimile: (415) 808-0333
19                                         Email: service@bhplaw.com
                                           Attorneys for Defendant
20                                         FOSTER WHEELER LLC

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

Stipulation to Withdraw Defendant Foster Wheeler LLC's Notice of Removal                    2

<u>McAllister, Thomas & Velma Jean</u>
USDC-NDCA Case No. 4:12-cv-06034-PJH

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is <u>service@bhplaw.com</u> and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

**STIPULATION TO WITHDRAW DEFENDANT FOSTER WHEELER LLC'S NOTICE OF REMOVAL**

**[PROPOSED] ORDER OF DISMISSAL AND REMAND TO STATE COURT**

on the following:

Clapper, Patti, Schweizer & Mason          And all parties on the CM/ECF service
2330 Marinship Way, Suite 140
Sausalito, CA 94965
Fax: (415) 331-5387

By transmitting electronically via the United States District's Court Electronic Case Filing service.

I declare under penalty of perjury that the above is true and correct.

Executed on December 14, 2012, at San Francisco, California.

_____
Cindy Cox

1

PROOF OF SERVICE